B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**WESTERN DISTRICT OF TEXAS**<br>**MIDLAND DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CCNG Energy Partners, L.P.** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **80-0921109** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**13443 Highway 71 West**<br>**Bee Cave, TX**<br><br>ZIP CODE **78738** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Midland, Texas**<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**  (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:          Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| B1 (Official Form 1) (04/13) | Page 2 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **CCNG Energy Partners, L.P.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **Trinity Environmental SWD, L.L.C.** | Case Number: **15-70135** | Date Filed: **10/12/2015** |
| District: **Western District of Texas, Midland Divis** | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)            Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **CCNG Energy Partners, L.P.** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | (Check only one box.) |
| | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X_____ | X_____ |
| X_____ | (Signature of Foreign Representative) |
| | _____ |
| Telephone Number (If not represented by attorney) | (Printed Name of Foreign Representative) |
| _____ | _____ |
| Date | Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Mark C. Taylor** | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
|   **Mark C. Taylor**        Bar No. **19713225** | |
| **Taube Summers Harrison Taylor Meinzer Brown LLP** **100 Congress Ave., Suite 1800** **Austin, TX 78701** | |
| Phone No. **(512) 472-5997**    Fax No. **(512) 472-5248** | _____ |
|   10/12/2015 | Printed Name and title, if any, of Bankruptcy Petition Preparer |
|   Date | _____ |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | |
| | Address |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | X_____ |
| **CCNG Energy Partners, L.P.** | _____ |
| | Date |
| X  **/s/ Daniel B. Porter** | Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
|   Signature of Authorized Individual | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
|   **Daniel B. Porter** | |
|   Printed Name of Authorized Individual | |
|   **CEO of General Partner** | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
|   Title of Authorized Individual | |
|   **10/12/2015** | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
|   Date | |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:  **CCNG Energy Partners, L.P.**

Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BDO<br>PO BOX 31001 0860<br>PASADENA, CA 91110-0860 | | | | $505,980.00 |
| SIMPSON THACHER & BARTLETT LLP<br>909 FANNIN ST<br>2 HOUSTON CTR STE 1475<br>HOUSTON, TX 77010 | | | | $50,000.00 |
| LATHAM & WATKINS LLP<br>PO BOX 2201<br>CAROL STREAM, IL 60132-2201 | | | | $23,688.59 |
| GREAT AMERICAN INSURANCE CO<br>3561 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3005 | | | | $23,115.59 |
| OIL & GAS INFORMATION SYSTEMS<br>5801 EDWARDS RANCH RD STE 200<br>FORT WORTH, TX 76109 | | | | $19,843.35 |
| GRANT THORNTON LLP<br>33911 TREASURY CTR<br>CHICAGO, IL 60694-3900 | | | | $16,365.88 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:   **CCNG Energy Partners, L.P.**                                    Case No.

Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DELOITTE TRANSACTIONS & BUS AN<br>PO BOX 840728<br>DALLAS, TX 75284-0728 | | | | $10,192.50 |
| DOCVUE LLC<br>19181 HWY 8<br>MORRISON, CO 80465-8732 | | | | $10,158.25 |
| REALTIME ZONE INC<br>PO BOX 40<br>CEDAR CREST, NM 87008 | | | | $5,587.50 |
| GRAVES DOUGHERTY HEARON & MOOD<br>PO BOX 98<br>AUSTIN, TX 78767 | | | | $4,356.16 |
| WM SHIRLEY<br>13121 LOUETTA RD<br>STE 1055<br>CYPRESS, TX 77429-5155 | | | | $4,000.00 |
| BRIDGEPOINT CONSULTING<br>6300 BRIDGEPOINT PKWY<br>BLDG 1, STE 575<br>AUSTIN, TX 78730 | | | | $3,750.00 |
| INSIGHT DIRECT USA INC<br>PO BOX 731069<br>DALLAS, TX 731069 | | | | $3,038.43 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:   **CCNG Energy Partners, L.P.**                             Case No.

Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SPANISH OAKS GOLF CLUB<br>13001 SPANISH OAKS CLUB DR<br>BEE CAVE, TX 78738 | | | | **$2,633.22** |
| OFFICE MATE<br>8403 CROSS PARK DR., STE 3G<br>AUSTIN, TX 78754-4575 | | | | **$2,431.66** |
| MERRILL COMMUNICATIONS LLC<br>CM-9638<br>ST Paul, MN 55170-9638 | | | | **$1,890.95** |
| FULL CIRCLE SYSTEMS<br>19181 HWY 8<br>MORRISON, CO 80465 | | | | **$1,450.55** |
| TIME WARNER CABLE<br>PO BOX 60074<br>CITY OF INDUSTRY, CA 91716-0074 | | | | **$885.48** |
| KONICA MINOLTA PREMIER FINANCE<br>PO BOX 41602<br>PHILADELPHIA, PA 19101-1602 | | | | **$834.84** |
| PIRACLE<br>6415 SOUTH 3000 EAST<br>SUITE 150<br>SALT LAKE CITY, UT 84121 | | | | **$677.27** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:   **CCNG Energy Partners, L.P.**                             Case No.

                                                                                    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**CEO of General Partner**_____ of the _____**Partnership**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**10/12/2015**_____         Signature:__**/s/ Daniel B. Porter**_____
                                                                                              **Daniel B. Porter**
                                                                                              **CEO of General Partner**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:   **CCNG Energy Partners, L.P.**                              CASE NO

                                                                                  CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/12/2015 _____                    Signature  _/s/ Daniel B. Porter_____
                                                                              **Daniel B. Porter**
                                                                              **CEO of General Partner**

Date _____                    Signature _____

ABC HOME & COMMERCIAL SERVICES
9475 E HWY 290
AUSTIN, TX 78724-2303


AUSTIN PRINTING & MAILING
6906 GUADALUPE ST
SUITE 307
AUSTIN, TX 78752


AXCIENT INC
1161 SAN ANTONIO RD
MOUNTAIN VIEW, CA 94043


BDO
PO BOX 31001 0860
PASADENA, CA 91110-0860


BRIDGEPOINT CONSULTING
6300 BRIDGEPOINT PKWY
BLDG 1, STE 575
AUSTIN, TX 78730


DELOITTE TRANSACTIONS & BUS AN
PO BOX 840728
DALLAS, TX 75284-0728


DOCVUE LLC
19181 HWY 8
MORRISON, CO 80465-8732


FULL CIRCLE SYSTEMS
19181 HWY 8
MORRISON, CO 80465


GRANT THORNTON LLP
33911 TREASURY CTR
CHICAGO, IL 60694-3900

GRAVES DOUGHERTY HEARON & MOOD
PO BOX 98
AUSTIN, TX 78767


GREAT AMERICAN INSURANCE CO
3561 SOLUTIONS CENTER
CHICAGO, IL 60677-3005


Guggenheim Corporate Funding, LLC
Attn:  Kaitlyn Trihn
330 Madison Ave., 10th Floor
New York, NY 10017


Guggenheim Energy Opportunities Fund, L.
c/o Guggenheim Partners Investment Manag
Attn:  Mike Beman
1301 McKinney, Suite 3105
Houston, TX 77010


Guggenheim Private Debt Fund Note Issuer
c/o Guggenheim Partners Investment Manag
Attn:  Mike Beman
1301 McKinney, Suite 3105
Houston, TX 77010


Guggenheim Private Debt Master Fund, LLC
c/o Guggenheim Partners Investment Manag
Attn:  Mike Beman
1301 McKinney, Suite 3105
Houston, TX 77010


HR DIRECT
PO BOX 451179
SUNRISE, FL 33345-1179


INSIGHT DIRECT USA INC
PO BOX 731069
DALLAS, TX 731069


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

```
KONICA MINOLTA
21146 NETWORK PLACE
CHICAGO, Il 60673-1211


KONICA MINOLTA PREMIER FINANCE
PO BOX 41602
PHILADELPHIA, PA 19101-1602


LATHAM & WATKINS LLP
PO BOX 2201
CAROL STREAM, IL 60132-2201


MERRILL COMMUNICATIONS LLC
CM-9638
ST Paul, MN 55170-9638


NZC Guggenheim Fund LLC
c/o Guggenheim Partners Investment Manag
Attn:  Mike Beman
1301 McKinney, Suite 3105
Houston, TX 77010

OFFICE MATE
8403 CROSS PARK DR., STE 3G
AUSTIN, TX 78754-4575


OIL & GAS INFORMATION SYSTEMS
5801 EDWARDS RANCH RD
STE 200
FORT WORTH, TX 76109


PIRACLE
6415 SOUTH 3000 EAST
SUITE 150
SALT LAKE CITY, UT 84121


PREMIERE GLOBAL SERVICES
PO BOX 404351
ATLANTA, GA 30384-4351
```

REALTIME ZONE INC
PO BOX 40
CEDAR CREST, NM 87008


RIGDATA
PO BOX 820547
FORT WORTH, TX 76182-0547


SIMPSON THACHER & BARTLETT LLP
909 FANNIN ST
2 HOUSTON CTR STE 1475
HOUSTON, TX 77010


SPANISH OAKS GOLF CLUB
13001 SPANISH OAKS CLUB DR
BEE CAVE, TX 78738


SPARKLETTS & SIERRA SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579


TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY, CA 91716-0074


U.S. Trustee - San Antonio
Nancy Ratchford, Assist. U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295


Verger Capital Fund LLC
c/o Guggenheim Partners Investment Manag
Attn:  Mike Beman
1301 McKinney, Suite 3105
Houston, TX 77010

WM SHIRLEY
13121 LOUETTA RD
STE 1055
CYPRESS, TX 77429-5155

# CCNG ENERGY PARTNERS, L.P.

## Consent of General Partner

Pursuant to Section 17-405 of the Delaware Revised Uniform Limited Partnership Act and the Second Amended and Restated Limited Partnership Agreement dated January 31, 2014 (the "**Partnership Agreement**") of CCNG Energy Partners, L.P., a Delaware limited partnership (the "**Partnership**"), the undersigned CCNG Energy Partners GP, L.L.C., a Texas limited liability company and general partner of the Partnership (the "**General Partner**"), and in lieu of a meeting of the General Partner, the call of which is expressly waived, hereby consents to the adoption of the following resolutions:

**WHEREAS**, the undersigned has determined that it is desirable, advisable, and in the best interests of the Partnership, Moss Bluff Property, L.L.C., a Texas limited liability company ("**MBP**"), Trinity Environmental Services, L.L.C., a Texas limited liability company ("**TES**"), Trinity Environmental SWD, L.L.C., a Delaware limited liability company ("**SWD**"), Trinity Environmental Titan Trucking, L.L.C., a Delaware limited liability company ("**Titan**"), and Trinity Environmental Catarina SWD, L.L.C., a Delaware limited liability company ("**Catarina**" and, together with MBP, TES, SWD and Titan, the "**Subsidiaries**" and each, individually, a "**Subsidiary**"), their respective creditors, employees, and other interested parties, that a petition be filed by the General Partner, the Partnership and the Subsidiaries, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code, as amended (the "**Bankruptcy Code**");

**WHEREAS**, the Partnership is the sole member and manager of each Subsidiary (in such capacity, the "**Subsidiary Manager**"); and

**WHEREAS**, pursuant to Section 7.3 of the Partnership Agreement, the General Partner desires to submit to the limited partners of the Partnership (the "**Limited Partners**") the filing of a Chapter 11 voluntary bankruptcy case on behalf of the General Partner as the General Partner of the Partnership and on behalf of the Partnership as the Subsidiary Manager of each Subsidiary (the "**Chapter 11 Case**") for adoption by written consent by a Unit Majority (as defined in the Partnership Agreement);

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Chapter 11 Case be submitted to the Limited Partners for adoption by written consent by a Unit Majority; and further

**RESOLVED**, that upon approval of the Chapter 11 Case by a Unit Majority, the General Partner hereby approves the Chapter 11 Case; and further

**RESOLVED**, that Daniel B. Porter, as the Manager and Chief Executive Officer of the General Partner (the "**Authorized Officer**"), is authorized and directed to execute and deliver all documents necessary to perfect the Chapter 11 Case; and further

**RESOLVED**, that the Authorized Officer is authorized and directed to appear in all proceedings in the Chapter 11 Case on behalf of the General Partner, the Partnership and the Subsidiaries, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the General Partner as General Partner of the Partnership and on behalf of the Partnership as the Subsidiary Manager of each Subsidiary in connection with the Chapter 11 Case; and further

**RESOLVED**, that the Authorized Officer is authorized and directed to employ Eric J. Taube and the law firm of Taube Summers Harrison Taylor Meinzer Brown, LLP to represent the General Partner, the Partnership and the Subsidiaries in the Chapter 11 Case, subject to any requisite bankruptcy court approval; and further

**RESOLVED**, that the Authorized Officer is authorized to take all such actions, make all such filings and execute and deliver all such documents and instruments as he determines appropriate to carry into force and effect the foregoing resolutions; and further

**RESOLVED**, that any and all past actions of the Authorized Officer or any other Company Officer in the name and on behalf of the General Partner as General Partner of the Partnership and on behalf of the Partnership as the Subsidiary Manager of each Subsidiary in furtherance of any or all of the preceding resolutions, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolution, be, and each act hereby is, ratified, confirmed and approved in all respects; and further

**RESOLVED**, that this document may be executed and delivered by electronic or facsimile signature, and/or in multiple counterparts, all of which together shall constitute one and the same instrument.

[Signature page follows]

Dated to be effective as of _SEPTEMBER 28_, 2015.

**GENERAL PARTNER:**

**CCNG ENERGY PARTNERS GP, L.L.C.**

By: _____
    Daniel B. Porter, Manager

*[WRITTEN CONSENT OF GENERAL PARTNER OF CCNG ENERGY PARTNERS, L.P.]*

# CCNG ENERGY PARTNERS, L.P.

## Consent of Limited Partners

Pursuant to Section 17-302(e) of the Delaware Revised Uniform Limited Partnership Act and the Second Amended and Restated Limited Partnership Agreement dated January 31, 2014 (the "**Partnership Agreement**") of CCNG Energy Partners, L.P., a Delaware limited partnership (the "**Partnership**"), the undersigned constitute the holders of a majority of the outstanding limited partnership interests in the Partnership (the "**Limited Partners**"), and in lieu of a meeting of the Limited Partners, the call of which is expressly waived, hereby consent to the adoption of the following resolutions:

WHEREAS, CCNG Energy Partners GP, L.L.C., a Texas limited liability company (the "**General Partner**"), has determined that it is desirable, advisable, and in the best interests of the Limited Partners, the Partnership, Moss Bluff Property, L.L.C., a Texas limited liability company ("**MBP**"), Trinity Environmental Services, L.L.C., a Texas limited liability company ("**TES**"), Trinity Environmental SWD, L.L.C., a Delaware limited liability company ("**SWD**"), Trinity Environmental Titan Trucking, L.L.C., a Delaware limited liability company ("**Titan**"), and Trinity Environmental Catarina SWD, L.L.C., a Delaware limited liability company ("**Catarina**" and, together with MBP, TES, SWD and Titan, the "**Subsidiaries**" and each, individually, a "**Subsidiary**"), their respective creditors, employees, and other interested parties, that a petition be filed by the General Partner, the Partnership and the Subsidiaries, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code, as amended (the "**Bankruptcy Code**");

WHEREAS, the Partnership is the sole member and manager of each Subsidiary (in such capacity, the "**Subsidiary Manager**");

WHEREAS, pursuant to Section 7.3 of the Partnership Agreement, the General Partner has submitted to the Limited Partners the filing of a Chapter 11 voluntary bankruptcy case on behalf of the General Partner as the General Partner of the Partnership and on behalf of the Partnership as the Subsidiary Manager of each Subsidiary (the "**Chapter 11 Case**") for adoption by the vote or consent by a Unit Majority (as defined in the Partnership Agreement);

WHEREAS, the Limited Partners have been fully apprised of all of the material facts relevant to the Chapter 11 Case; and

WHEREAS, the undersigned Limited Partners constitute a Unit Majority under the Partnership Agreement ;

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Limited Partners, constituting a Unit Majority, hereby approve the Chapter 11 Case in accordance with Section 7.3 of the Partnership Agreement; and further

2365050.1

**RESOLVED**, that Daniel B. Porter, as the Manager and Chief Executive Officer of the General Partner (the "**Authorized Officer**"), is authorized and directed to execute and deliver all documents necessary to perfect the Chapter 11 Case; and further

**RESOLVED**, that the Authorized Officer is authorized and directed to appear in all proceedings in the Chapter 11 Case on behalf of the General Partner, the Partnership and the Subsidiaries, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the General Partner as General Partner of the Partnership and on behalf of the Partnership as the Subsidiary Manager of each Subsidiary in connection with the Chapter 11 Case; and further

**RESOLVED**, that the Authorized Officer is authorized and directed to employ Eric J. Taube and the law firm of Taube Summers Harrison Taylor Meinzer Brown, LLP to represent the General Partner, the Partnership and the Subsidiaries in the Chapter 11 Case, subject to any requisite bankruptcy court approval; and further

**RESOLVED**, that the Authorized Officer is authorized to take all such actions, make all such filings and execute and deliver all such documents and instruments as he determines appropriate to carry into force and effect the foregoing resolutions; and further

**RESOLVED**, that any and all past actions of the Authorized Officer or any other Company Officer in the name and on behalf of the General Partner as General Partner of the Partnership and on behalf of the Partnership as the Subsidiary Manager of each Subsidiary in furtherance of any or all of the preceding resolutions, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolution, be, and each act hereby is, ratified, confirmed and approved in all respects; and further

**RESOLVED**, that this document may be executed and delivered by electronic or facsimile signature, and/or in multiple counterparts, all of which together shall constitute one and the same instrument.

[Signature page follows]

Dated to be effective as of _SEPTEMBER 28_____, 2015.

**LIMITED PARTNERS:**

**CCNG, INC.**

By:_____
    Name: Daniel B. Porter
    Title: ~~President~~ _CHAIRMAN & CEO_

**CORPUS CHRISTI BRINE SERVICES, L.P.**
a Texas limited partnership

By: CCNG, INC., its General Partner

By:_____
    Daniel B. Porter, ~~President~~ _CHAIRMAN & CEO_

*[WRITTEN CONSENT OF LIMITED PARTNERS OF CCNG ENERGY PARTNERS, L.P.]*