UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| CCNG ENERGY PARTNERS, LP | § | Case No. 15-70136 |
| CCNG ENERGY PARTNERS GP, LLC | § | Case No. 15-70141 |
| MOSS BLUFF PROPERTY, LLC | § | Case No. 15-70137 |
| TRINITY ENVIRONMENTAL | § | |
| CATARINA SWD, LLC | § | Case No. 15-70138 |
| TRINITY ENVIRONMENTAL SERVICES, LLC | § | Case No. 15-70139 |
| TRINITY ENVIRONMENTAL SWD, LLC | § | Case No. 15-70135 |
| TRINITY ENVIRONMENTAL | § | |
| TITAN TRUCKING, LLC | § | Case No. 15-70140 |
| | § | |
| Debtors | § | Joint Administration Requested |

## NOTICE OF DESIGNATION AS COMPLEX
## CHAPTER 11 BANKRUPTCY CASE

These bankruptcy cases were filed on October 12, 2015, along with a Motion for Joint Administration. The undersigned party-in-interest believes that, taken together, these cases qualify as a complex Chapter 11 cases because:

    __X__    The debtors have total debt of more than $10 million;

    __X__    There are more than 50 parties-in-interest in the cases;

    _____    Claims against the debtors are publicly traded;

    _____    Other.

Dated: October 12, 2015
Austin, Texas

Respectfully submitted,

TAUBE SUMMERS HARRISON
TAYLOR MEINZER BROWN LLP

By: /s/ Eric J. Taube
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 19713225
    Cleveland R. Burke
    State Bar No. 24064975
    Christopher G. Bradley
    State Bar No. 24069407
    100 Congress Avenue, 18th Floor
Austin, Texas 78701
Telephone: (512) 472-5997
Facsimile: (512) 472-5248
etaube@taubesummers.com
mtaylor@taubesummers.com
cburke@taubesummers.com
cbradley@taubesummers.com

**PROPOSED ATTORNEYS FOR
DEBTORS AND DEBTORS IN POSSESSION**

## CERTIFICATE OF SERVICE

The foregoing notice was served on all persons on the attached Service List via First Class Mail on October 13, 2015.

/s/ Eric J. Taube
Eric J. Taube

# SERVICE LIST

1ST DEFENSE PEST
CONTROL
P.O. BOX 14398
ODESSA, TX 79768

24HR SAFETY LLC
P.O. BOX 4356
DEPT 1561
HOUSTON, TX 77210

3J INDUSTRIES LLC
195 CR 403B
MARBLE FALLS, TX 78654

4 STAR HOSE & SUPPLY
P.O. BOX 541356
DALLAS, TX 75354

A TO Z TIRE AND BATTERY
P.O. BOX 205477
DALLAS, TX 75320-5477

A-1 SIGN ENGRAVERS INC
P.O. BOX 2641
MIDLAND, TX 79702

A&A REALTY TAX
CONSULTANTS INC
P.O. BOX 1189
DRIPPING SPRINGS, TX 78620

A&A EQUIPMENT
780 CHAMBERLIN
BEAUMONT, TX 77707

A&B ELECTRICAL SERVICE
CONTRACT
124 COUNTY RD 414
CLEBURNE, TX 76031

A&P SERVICES INC
P.O. BOX 7064
ODESSA, TX 79760

AAA FIBERGLASS REPAIR
10519 S SUNNYLANE RD
OKLAHOMA CITY, OK 73160

ABC HOME &
COMMERCIAL SERVICES
9475 E HWY 290
AUSTIN, TX 78724-2303

ACCELERATED
PRODUCTION SERVICE
1585 SAWDUST ROAD #210
THE WOODLANDS, TX 77380

ACE HARDWARE OF
ZAPATA
P.O. BOX 1089
ZAPATA, TX 78076

ACME TRUCKING LINE INC
P.O. BOX 415000
MSC-410683
NASHVILLE, TN 37241-5000

ACTION MOBILE INDUSTRIES
P.O. BOX 758689
BALTIMORE, MA 21275-8689

ADMIRAL LINEN &
UNIFORM SERVICE
2030 KIPLING
HOUSTON, TX 77098

AGAVE TRANSPORTATION
910 K EAST REDD RD # 143
EL PASO, TX 79912

AHERN EQUIPMENT
RENTALS
P.O. BOX 271390
LAS VEGAS, NV 89127

AIRGAS USA LLC
P.O. BOX 676015
DALLAS, TX 75267-6015

ALAMO LUMBER
P.O. BOX 17258
SAN ANTONIO, TX 78217

ALICE PEST CONTROL INC
101 N FLOURNOY
ALICE, TX 78332

ALL SEASONS FOAM
COATINGS
1606 DUCK CREEK RD
SANGER, TX 76266

ALLIANCE CONSULTING &
SAFETY
1401 W MAIN ST
ARTESIA, NM 88210

ALNC INC
P.O. BOX 2105
SAN ANGELO, TX 76902

ALVYS LOGISTICS /
ALVYS TRUCKING
2117 W AIRPORT FWY # 46
IRVING, TX 75062

AMEC ENVIRONMENT &
INFRASTRUCTURE INC
24376 NETWORK PLACE
CHICAGO, IL 60673-1376

AMERICAN SALES &
SERVICE INC
P.O. BOX 61610
SAN ANGELO, TX 76906

AMERIPRIDE SERVICES
P.O. BOX 698
BEMIDJI, MN 55619-0698

ANCHOR PRINTING &
GRAPHICS
122 EAST TEXAS AVE
BAYTOWN, TX 77520

API PIPE & SUPPLY LLC
15025 N CONWAY
MISSION, TX 78573

APPLE LUMBER
104 S PECAN
LULING, TX 78648

ARTESIA JANITORIAL
SERVICE INC
303 MCARTHUR
ARTESIA, NM 88210

ARTESIA FORD MERCURY
SALES INC
300 N FIRST ST
ARTESIA, NM 88210

ARTESIA SOFT WATER
P.O. BOX 1455
ARTESIA, NM 88210

ASASH TERMITE & PEST
CONTROL
1102 CLARK BLVD
LAREDO, TX 78044

AT&T
ATTN CUSTOM WORK DEPT
4119 BROADWAY ROOM 760
SAN ANTONIO, TX 78209

AT&T - ATLANTA
P.O. Box 105414
ATLANTA, GA 30348-5414

AT&T MOBILITY
P.O. BOX 537104
ATLANTA, GA 30353-7104

ATMOS ENERGY
P.O. BOX 790311
ST LOUIS, MO 63179-0311

AUSTIN PRINTING &
MAILING
6906 GUADALUPE ST 307
AUSTIN, TX 78752

AUXILIARY ENERGY
SERVICES
P.O. BOX 1258
LOVINGTON, NM 88260

AVIS LUBE
P.O. BOX 908001
MIDLAND, TX 79708

AXCIENT INC
1161 SAN ANTONIO RD
MOUNTAIN VIEW, CA 94043

AXIS FIRE EXTINGUISHER
SERVICE
600 DEER LAKE CV
WIMBERLEY, TX 78676-5800

B4 SCREENING
9600 GREAT HILLS TRAIL
STE 150 W
AUSTIN, TX 78759

BAKER CORP
P.O. BOX 843596
LOS ANGELES, CA 90084-3596

BAKERSFIELD PIPE &
SUPPLY INC
P.O. BOX 60006
LOS ANGELES, CA 90060

BALL-MONTEZ ELECTRIC
P.O. BOX 1576
ALICE, TX 78333

BALMORHEA RANCHES INC
8708 SAVANNAH AVE
LUBBOCK, TX 79424

BANKS GROUP INC
P.O. BOX 12851
CAPITOL STATION
AUSTIN, TX 78711-2851

BARNETT WELL SERVICES
P.O. BOX 589
CRESSON, TX 76035

BAYTOWN SAND & CLAY
P.O. BOX 850
MT. BELVIEU, TX 77580

BDO
P.O. BOX 31001 0860
PASADENA, CA 91110-0860

BEAUX RILEY
1485 N ELLISON DR
LOT 520
SAN ANTONIO, TX 78251

BEEVILLE PUBLISHING CO. INC
P.O. BOX 10
BEEVILLE, TX 78104-0010

BELCO MANUFACTURING
P.O. BOX 210
BELTON, TX 76513-0210

BELLOWS OPERATING CO
P.O. BOX 1062
GOLIAD, TX 77963

BEMA ICE
4524 E. HWY 83
ROMA, TX 78584

BENCHMARK ENERGY
TRANSPORTATION
P.O. BOX 203904
DALLAS, TX 75320-3904

BEVERLY G CLARK
311 ROSE AVE
CLEBURNE, TX 76033

BIG STATE INDUSTRIAL SUPPLY
P.O. BOX 5410
RIVERSIDE, CA 92517

BIG MIKE ROUSTABOUT &
CONSTRUCTION
P.O. BOX 53140
MIDLAND, TX 79710

BILLINGS ELECTRIC INC
P.O. BOX 418
FARMINGTON, NM 87499

BIRTHDAY LLC
6213 HOMESTEAD BLVD
MIDLAND, TX 79707

BLACK MAMBA TRUCKING
811 N 5TH ST
ARTESIA, NM 88210

BLACK MARLIN ENERGY SERVICES
P.O. BOX 279
SMILEY, TX 78159

BLUE TARP FINANCIAL INC
P.O. BOX 105525
ATLANTA, GA 30348-5525

BOBWHITE ENERGY SERVICES LLC
P.O. BOX 8
VICTORIA, TX 77902

BORETS US INC
P.O. BOX 301516
DALLAS, TX 75303-1516

BRANDON & CLARK INC
P.O. BOX 3159
LUBBOCK, TX 79452-3159

BRIDGEPOINT CONSULTING
6300 BRIDGEPOINT PKWY
BLDG 1, STE 575
AUSTIN, TX 78730

BRITE STAR SERVICES, LTD
57 S. REYNOLDS
ALICE, TX 78332

BRONCO SERVICES
P.O. BOX 2404
HOBBS, NM 88241

BRYAN PRINTERS & STATIONERS IN
P.O. BOX 1810
ARTESIA, NM 88211

BUFFALO GAP INSTRUMENTATION AN
P.O. BOX 974404
DALLAS, TX 75397-4404

BUSH HYDRAULICS
2012 N. LEXINGTON BLVD
CORPUS CHRISTI, TX 78409

BUSH SUPPLY COMPANY
P.O. BOX 461667
SAN ANTONIO, TX 78246

C B AUTO GLASS
610 E EXPRESSWAY 83
PHARR, TX 78577

C VAC LLC
P.O. BOX 4172
ALICE, TX 78333

CAMBRIAN MANAGEMENT
P.O. BOX 272
MIDLAND, TX 79702

CAMERON MEASUREMENT SYSTEMS
P.O. BOX 730172
DALLAS, TX 75373-0172

CANTU TIRE CENTER
P.O. BOX 479
FREER, TX 78357

CENTRAL VALLEY ELECT COOP INC
P.O. BOX 230
ARTESIA, NM 88211-0230

CENTRAL TEXAS RECLAMATION LLC
P.O. BOX 2360
ABILENE, TX 79604-2360

CHAPZ BAR & GRILL
1808 S 1ST STREET
ARTESIA, NM 88210

CHAS FINANCIAL DEVELOPMENT
835 E LAMAR BLVD STE 408
ARLINGTON, TX 76011

CHEM TECH SERVICES INC
P.O. BOX 1619
LEVELLAND, TX 79336

CINCO OILFIELD SERVICES LLC
1201 N STOCKTON
FORT STOCKTON, TX 79735

CINTAS CORPORATION #084
P.O. BOX 650838
DALLAS, TX 75265-0838

CITY OF MIDLAND
P.O. BOX 1152
CUSTOMER SERVICES
MIDLAND, TX 79702

CNH CAPITAL
CRA PAYMENT CENTER
P.O. BOX 3900
LANCASTER, PA 17604-3900

COASTAL TOOL & SUPPLY
4930 IH 37
CORPUS CHRISTI, TX 78407

COASTAL WELDING SUPPLY INC.
P.O. BOX 3029
BEAUMONT, TX 77704

COCA COLA REFRESHMENTS
P.O. BOX 840232
DALLAS, TX 75284

COMPUTER SOLUTIONS, INC
1421 N MAIN
LIBERTY, TX 77575

CONESTOGA ROVERS & ASSOCIATES
P.O. BOX 8000
DEPARTMENT 406
BUFFALO, NY 14267

CONSOLIDATED OILFIELD PRODUCTS
106 S ALTON BLVD
PMB 9111
ALTON, TX 78573

CONTAINER & PACKING SUPPLY
1345 E STATE ST.
EAGLE, ID 83616

CONTROLS PANELS USA
16310 BRATTON LANE
AUSTIN, TX 78728

CORPUS CHRISTI GOLF CARS
5713 LEOPARD ST
CORPUS CHRISTI, TX 78408

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS, TX 75284-7160

CRESCENT SERVICES
5749 NW 132ND ST
OKLAHOMA CITY, OK 73142

CRIMSON ENERGY PARTNERS III,
420 COMMERCE STREET
SUITE 200
FT. WORTH, TX 76102-4039

CROSS ROADS OIL FIELD SUPPLY
P.O. BOX 1546
EL CAMPO, TX 77437

CULLIGAN WATER
110 WEST FREMONT
OWATONNA, MN 55060

CULLIGAN WATER
P.O. BOX 1029
SAN BENITO, TX 78586-0010

CURLYS PLUMBING AND BIG BLADE
1002 EAST SECOND
CLEBURNE, TX 76031

D.E.S.
2709 E. FM. 2812
EDINBURG, TX 78542

D&B RENTAL SERVICE
P.O. BOX 338
YORKTOWN, TX 78164

DC'S
211 W. MAIN ST.
P.O. BOX 13
BENAVIDES, TX 78341-0013

DEALERS ELECTRICAL SUPPLY
P.O. BOX 2535
WACO, TX 76702

DEANS INC
409 COMMERCE RD
ARTESIA, NM 88210

DELOITTE TRANSACTIONS & BUS
P.O. BOX 840728
DALLAS, TX 75284-0728

DIADEM ENTERPRISES INC
P.O. BOX 244
MEMPHIS, TX 79245

DIAMOND G OILFIELD SER
P.O. BOX 149
FORT STOCKTON, TX 79735

DIRECT ENERGY BUSINESS
P.O. BOX 660749
DALLAS, TX 75266

DIRECTV
P.O. BOX 60036
LOS ANGELES, CA 90060-0036

DISA GLOBAL SOLUTIONS
P.O. BOX 120314
DEPT 890314
DALLAS, TX 75312-0314

DIVIDIA
P.O. BOX 122594
FORT WORTH, TX 76121

DK OILFIELD SERVICES LLC
P.O. BOX 1459
SAN MARCOS, TX 78667

DOCVUE LLC
19181 HWY 8
MORRISON, CO 80465-8732

DOLPHIN SERVICES AND CHEMICALS LLC
309 SOUTHPARK DR
LUFKIN, TX 75904

DOUBLE D SALES & SERVICE INC
P.O. BOX 1493
ARTESIA, NM 88211

DOUBLE D WELDING LLC DBA KODIA
P.O. BOX 52310
MIDLAND, TX 79710

DOUBLE R TRANSPORT
P.O. BOX 26
LOVINGTON, NM 88260

DOUBLE M ENERGY LLC
3301 N ENTERPRISE DR
HOBBS, NM 88240

DOUBLE R PIPE & SUPPLY
P.O. BOX 26
LOVINGTON, NM 88260

DOUBLE D WELDING LLC DBA KODIA
P.O. BOX 52310
MIDLAND, TX 79710

DR IKES INC
1202 HALLMARK, STE 106
SAN ANTONIO, TX 78216

DSWOODS TRUCKING LLC
PAYABLE TO SECURITY
BUSINESS CAPITAL LLC
P.O. BOX 60593
MIDLAND, TX 79711

DUOLINE TECHNOLOGIES
P.O. BOX 677241
DALLAS, TX 75267-7241

DXP ENTERPRISES INC
P.O. BOX 201791
DALLAS, TX 75320-1791

DXP ENTERPRISES INC
P.O. BOX 201791
DALLAS, TX 75320-1791

DYNAMIC ENVIRONMENTAL SERVICES, LLC
P.O. BOX 697
GEISMAR, LA 70734

E&A WELDING & OILFIELD SERVICE
P.O. BOX 4478
ODESSA, TX 79760

ECONOMY TIRES & WHEELS
10006 N MOOREFIELD RD
MISSION, TX 78574

ELECTRONIC DATA DEVICES
P.O. BOX 12128
ODESSA, TX 79768

ELEGANT PRINTING & GRAPHICS CO
205 NORTH ST
LONGWOOD, FL 32750

ENERGY WORX LLC
P.O. BOX 60908
MIDLAND, TX 79711

ESPARZA PEST CONTROL
P.O. BOX 1146
EDINBERG, TX 78540

EXPRESS TEST & COMPLIANCE
2200 B I-35 E
PEARSALL, TX 78061

EXTREME FABRICATION
P.O. BOX 595
LOVINGTON, NM 88260

EXTREME FABRICATION
P.O. BOX 16
ZAPATA, TX 78076

FARM & RANCH SUPPLY
P.O. BOX 234
SAN ISIDRO, TX 78588

FAST FLOW PIPE & SUPPLY
P.O. BOX 270095
CORPUS CHRISTI, TX 78427

FEDEX
P.O. BOX 660481
DALLAS, TX 75266-0481

FIBERSPAR CORPORATION
P.O. BOX 204222
DALLAS, TX 75320-4222

FIRST LINE FIRE PROTECTION
P.O. BOX 3276
EDINBURG, TX 78540

FLAME OUT FIRE EXTINGUISHERS
P.O. BOX 3760
EDINBURG, TX 78540

FLEETPRIDE
P.O. BOX 847118
DALLAS, TX 75284-7118

FORD MOTOR CREDIT COMPANY
P.O. BOX 650575
DALLAS, TX 75265-0575

FORREST TIRE COMPANY
P.O. BOX 1778
CARLSBAD, NM 88221-1778

FRANCISCO VALENZUELA
4091 FM 307
MIDLAND, TX 79706

FRANKLIN & SON INC
P.O. BOX 1249
807 LAMESA HWY
STANTON, TX 79782

FRENCH ELLISON TRUCK CENTER
P.O. BOX 732492
DALLAS, TX 75373-2492

FULL CIRCLE SYSTEMS
19181 HWY 8
MORRISON, CO 80465

G&S AUTO ELECTRIC
501 N I RD
PHARR, TX 78577

G&W TRUCKING INC
P.O. BOX 163
SNYDER, TX 79550

GE OIL & GAS ESP INC
P.O. BOX 301200
DALLAS, TX 75303-1338

GEOFORCE INC
P.O. BOX 123241
DEPT 3241
DALLAS, TX 75312

GEORGE YOUNG SALES CO
P.O. BOX 436
ARTESIA, NM 88210

GEOTECH ENVIRONMENTAL EQUIPMENT
2650 EAST 40TH AVE
DENVER, CO 80205

GEOTECH ENVIRONMENTAL EQUIPMENT
P.O. BOX 301200
DALLAS, TX 75303-1338

GHD SERVICES INC
P.O. BOX 8000
DEPT 406
BUFFALO, NY 14267

GIBSON OILFIELD SERVICES INC
P.O. BOX 998
GRANBURY, TX 76048

GILBERT FRANCO
6907 E CO RD 64
MIDLAND, TX 79705

GLOBE ENERGY SERVICES LLC
P.O. BOX 204676
DALLAS, TX 75320-4676

GONZALES CANNON INC
P.O. BOX E
GONZALES, TX 78629

GOT TO GO SOLUTIONS
P.O. BOX 490
CHICO, TX 76431

GRADYS WESTERN SUPPLY CO INC
P.O. BOX 429
PECOS, TX 79772

GRANT THORNTON LLP
33911 TREASURY CTR
CHICAGO, IL 60694-3900

GRAVES DOUGHERTY HEARON & MOODY
P.O. BOX 98
AUSTIN, TX 78767

GREAT AMERICAN INSURANCE CO
3561 SOLUTIONS CENTER
CHICAGO, IL 60677-3005

GUEVARA INVESTMENT PARTNERS LL
808 S SHARY RD
STE 5 BOX 325
MISSION, TX 78572

GUGGENHEIM PRIVATE DEBT FUND NOTE ISSUER
c/o GUGGENHEIM PARTNERS INVEST MGMT
ATTN: MIKE BEMAN
1301 McKINNEY, SUITE 3105
HOUSTON, TX 77010

GUGGENHEIM PRIVATE DEBT MASTER FUND, LLC
c/o GUGGENHEIM PARTNERS INVEST MGMT
ATTN: MIKE BEMAN
1301 McKINNEY, SUITE 3105
HOUSTON, TX 77010

GUGGENHEIM CORPORATE FUNDING, LLC
ATTN: KAITLYN TRIHN
330 MADISON AVE.,
10TH FLR
NEW YORK, NY 10017

GUGGENHEIM ENERGY OPPORTUNITIES FUND, LL
c/o GUGGENHEIM PARTNERS INVEST MGMT
ATTN: MIKE BEMAN
1301 McKINNEY, SUITE 3105
HOUSTON, TX 77010

GULF COAST BROKERAGE
604 OSAGE ST
REFUGIO, TX 78377

GULF COAST ACQUISITIONS CO LC
604 OSAGE ST
REFUGIO, TX 78377

H2OIL RECOVERY SERVICES INC
P.O. BOX 4906 MSC 900
HOUSTON, TX 77067

HATFIELD AND COMPANY
P.O. BOX 910862
DALLAS, TX 75391

HD PUMP & SUPPLY, INC
P.O. BOX 939
SOUR LAKE, TX 77659

HIGH LONESOME INVESTMENTS LLC
611 WEST MAHONE, STE E
ARTESIA, NM 88210

HORSEPOWER ELECTRIC
P.O. BOX 459
LOVINGTON, NM 88260

HOUSTON METALLURGICAL LAB INC
2400 CENTRAL PKWY, #R
HOUSTON, TX 77092

HOWARDS JANITORIAL SERVICE
P.O. BOX 8755
MIDLAND, TX 79708

HR DIRECT
P.O. BOX 451179
SUNRISE, FL 33345-1179

HR COMPRESSION & SERVICES LLC
P.O. BOX 557
ARTESIA, NM 88211-0557

HUB CITY TRUCK EQUIPMENT
314 W. MAIN
ALICE, TX 78332

INDIAN FIRE AND SAFETY
P.O. BOX 1306
HOBBS, NM 88241

INDUSTRIAL ELECTRIC
MOTORS INC
P.O. BOX 926
CARLSBAD, NM 88221-0926

INSIGHT DIRECT USA INC
P.O. BOX 731069
DALLAS, TX 731069

INTEGRATED CONTROL
SOLUTIONS L
P.O. BOX 62276
MIDLAND, TX 79711

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IOS TECH
P.O. BOX 4616
ROSWELL, NM 88202-4616

ISC SALES INC
4421 TRADITION TRAIL
PLANO, TX 75093

J AMERICA SERVICES LLC
307 STONEGATE DR
MISSION, TX 78574

J&C INVESTMENTS
2208 STOP 22A
ZAPATA, TX 78076

J&J PIPE & SUPPLY INC
P.O. BOX 276
GANADO, TX 77962

J&J RENTALS
P.O. BOX 1768
ANDREWS, TX 79714

J&J ROUSTABOUT &
BACKHOE SERVI
10601 E C RD 95
MIDLAND, TX 79706

J&L TRUCKING, LLC
CORPORATE OFFICE
5773 WOODWAY DRIVE, BOX 31
HOUSTON, TX 77057

J&R VALLEY OILFIELD
SERVICE
P.O. BOX 310
MISSION, TX 78573

J&R VALLEY OILFIELD
SERVICE
P.O. BOX 310
MISSION, TX 78573

J&S HOT OIL SERVICE LLC
P.O. BOX 1249
ODESSA, TX 79760

JANCO CONCRETE COMPANY
103 E. VIEJO DR.
FRIENDSWOOD, TX 77546

JC WELDING INC
P.O. BOX 135
JOSHUA, TX 76058
JEREMY TREPAGNIER
12423 FISHER RIVER LANE
HUMBLE, TX 77346

JOBY MORRIS WELDING &
CONSTRUCTION
460 E ANITA RD
LAKE ARTHUR, NM 88253

JS PORTABLE STORAGE
131 CR 107-I
SEMINOLE, TX 79360

K-3 RESOURCES, LP
P.O. BOX 2236
ALVIN, TX 77512

KARNES ELECTRIC
COOPERATIVE
P.O. BOX 7
KARNES CITY, TX 78118

KBK INDUSTRIES LLC
P.O. BOX 597
LA CROSSE, KS 67548-0597

KDR SUPPLY INC
P.O. BOX 10130
LIBERTY, TX 77575-7630

KEE-WEST EQUIPMENT INC
AND/OR CATALYST FINANCE,
L.P.
P.O. BOX 3586
HOUSTON, TX 77253-3586

KENERGY OILFIELD
SOLUTIONS LLC
P.O. BOX 1459
SAN MARCOS, TX 78667

KEY ENERGY SERVICES
P.O. BOX 4649
HOUSTON, TX 77210-4649

KNIGHT OIL TOOLS LLC
P.O. BOX 52823
LAFAYETTE, LA 70505-2823

KNIGHTEN MACHINE &
SERVICE INC
P.O. BOX 12587
ODESSA, TX 79768

KOMATSU FINANCIAL
P.O. BOX 99303
CHICAGO, IL 60693-9303

KONICA MINOLTA
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

KONICA MINOLTA
PREMIER FINANCE
P.O. BOX 41602
PHILADELPHIA, PA 19101

L&R WELL SERVICE INC
P.O. BOX 1457
ARTESIA, NM 88211-1457

LA PALANGANA RANCH MGMT
C/O SEIDEL WHITTINGTON & CO
205 E 1ST STREET
ALICE, TX 78332

LATHAM & WATKINS LLP
P.O. BOX 2201
CAROL STREAM, IL 60132

LEGACY TRUCKING
SERVICES LLC
P.O. BOX 2580
MIDLAND, TX 79711

LEGENDARY PIPELINE
CONSTRUCTION
507 S HALEGUENO
CARLSBAD, NM 88220

LIBERTY PEST CONTROL
P.O. BOX 208
LIBERTY, TX 77575

LIGHT TOWER RENTALS INC
2330 E I20 S SERVICE RD
ODESSA, TX 79760

LIGHTNING MASTER CORP
P.O. BOX 6017
CLEARWATER, FL 33758

LIONS TRANSPORT CORP
12210 MONTWOOD DR
STE 103-631
EL PASO, TX 79928

LISA JACKSON
3200 E STATE HWY 97
NIXON, TX 78140

LITTLE JOHNS WELDING
SERVICE
P.O. BOX 1146
FORT STOCKTON, TX 79735

LONE STAR OVERNIGHT
P.O. BOX 149225
AUSTIN, TX 78714-9225

LONE STAR OVERNIGHT
P.O. BOX 188
HEBRONVILLE, TX 78361

LONE STAR OVERNIGHT
P.O. BOX 220
DEPT 301
BETTENDORF, IA 52722-0004

LORETTAS ANSWERING
SERVICE INC
P.O. BOX 5311
MIDLAND, TX 79704

LOWE'S PAY AND SAVE INC.
P.O. BOX 390
LITTLEFIELD, TX 79339

LUIS CARLOS GUEVARA
4206 SANTA VERONICA
MISSION, TX 78572

LULING TIRE SERVICE
P.O. BOX 848
LULING, TX 78648

M & M RENT ALL
2902 HWY 90
LIBERTY, TX 77575

M&W HOT OIL INC
P.O. BOX 69370
ODESSA, TX 79769

MAC OILFIELD SERVICES
P.O. BOX 188
HEBRONVILLE, TX 78361

MADRON SERVICES INC
P.O. BOX 1926
CARLSBAD, NM 88220

MAGIC VALLEY ELECTRIC
COOP
P.O. BOX 267
MERCEDES, TX 78570-0267

MAKAIRA NEGRO LLC
P.O. BOX 361
SMILEY, TX 78159

MARKS WATER WELL
SERVICE INC
P.O. BOX 295
ODESSA, TX 79760

MARRS WELDING
FABRICATION
P.O. BOX 156
LOCO HILLS, NM 88255

MARTIN IBARRA
M&J TRUCKING INC
P.O. BOX 459
FORT STOCKTON, TX 79735

MASTER PUMPS & POWER
P.O. BOX 678483
DALLAS, TX 75267-8483

MATADOR LAND SERVICES
505 N BIG SPRING, STE 505
MIDLAND, TX 79701

MATHESON TRI GAS INC
P.O. BOX 123028
DEPT 3028
DALLAS, TX 75312

MAVERICK TECHNICAL
SOLUTIONS
P.O. BOX 4616
ROSWELL, NM 88201

MAX FLOW CHEMICALS OF TEXAS
P.O. BOX 688
CARTHAGE, TX 75633

MAXEY ENGINEERING LLC
P.O. BOX 1361
ROSWELL, NM 88202

MAXS SERVICES
P.O. BOX 173
PLEASANTON, TX 78064

MB SIGN GRAPHICS
101 N ALAMO RD
ALAMO, TX 78516

MCCOOK MERCANTILE
37380 FM 490
EDINBURG, TX 78541

MCKEE CONSULTING SERVICES INC
P.O. BOX 3130
CARLSBAD, NM 88221

MEDLEY MATERIAL HANDLING CO
P.O. BOX 26706
OKLAHOMA CITY, OK 73126

MERRILL COMMUNICATIONS LLC
CM-9638
ST PAUL, MN 55170-9638

MH&M CONSTRUCTION
1109 N OKLAHOMA
FT STOCKTON, TX 79735

MICROTEC SERVICES, INC.
110 CHARLES ST.
PASADENA, TX 77506

MIDLAND ENERGY LIBRARY INC
2900 W FRONT ST
MIDLAND, TX 79701

MIDWEST HOSE & SPECIALTY,
P.O. BOX 96558
OKLAHOMA CITY, OK 73143

MIGUEL CORDERO
11373 TENAHA
EL PASO, TX 79936

MILTON SEILER LLC
P.O. BOX 380008
BIRMINGHAM, AL 35238-0008

MISSION RESTAURANT SUPPLY
P.O. BOX 10310
SAN ANTONIO, TX 78210

MISSION VACUUM & PUMP TRUCK
P.O. BOX 1935
MISSION, TX 78572

MO VAC SERVICE CO INC
P.O. BOX 2677
MC ALLEN, TX 78502

MODULAR SPACE CORP
12603 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0126

MOUNTAIN GLACIER LLC
P.O. BOX 3652
EVANSVILLE, IN 47735

MP OILFIELD SERVICES LLC
532 W. BLUCHER ST.
FALFURRIAS, TX 78355

MPS ENTERPRISES INC
7607 W INDUSTRIAL AVE
MIDLAND, TX 79706

MTZ VACUUM SERVICE P.O. BOX 410
CARRIZO SPRINGS, TX 78834

NABORS COMPLETION & PRODUCTION
P.O. BOX 975682
DALLAS, TX 75397-5682

NATIONAL OILWELL VARCO, LP
P.O. BOX 202631
DALLAS, TX 75320

NEWMAN OPERATING CO.
P.O. BOX 448
FREER, TX 78357

NITRO ENERGY SERVICES
P.O. BOX 353
WOLFFORTH, TX 79382

NORTHERN SAFETY CO INC
P.O. BOX 4250
UTICA, NY 13504-4250

NUECES FARM CENTER, INC.
PROD PLUS/DEPT
93-1119302606
P.O. BOX 688912
DES MOINES, IA 50368-8912

NUECES POWER EQUIPMENT
P.O. BOX 4789
CORPUS CHRISTI, TX 78469

NZC GUGGENHEIM FUND LLC
C/O GUGGENHEIM PARTNERS INVESTMENT MANAGEMENT
ATTN: MIKE BEMAN
1301 MCKINNEY, SUITE 3105
HOUSTON, TX 77010

OATES OILFIELD CONSTRUCTION CO.
P.O. BOX 868
ATTN ACCTS RECEIVABLE
EDINBURG, TX 78542

OD OILFIELD ENERGY
6470 N MOOREFIELD RD
MISSION, TX 78574

ODESSA PUMPS &
EQUIPMENT INC
P.O. BOX 60429
MIDLAND, TX 79711-0429

OFFICE MATE
8403 CROSS PARK DR., #3G
AUSTIN, TX 78754-4575

OFI TESTING EQUIPMENT, INC.
11302 STEEPLECREST DR.
HOUSTON, TX 77065

OIL PATCH FUEL & SUPPLY
P.O. BOX 1089
COMBES, TX 78535

OIL & GAS INFORMATION
SYSTEMS
5801 EDWARDS RANCH RD
STE 200
FORT WORTH, TX 76109

OILFIELD TRACKING
SERVICES LLC
440 CONSTANCE DR
WARMINSTER, PA 18974

ONE SOURCE INDUSTRIAL
SERVICES
P.O. BOX 4652
DEPT 793-5
HOUSTON, TX 77210-4652

ONYX CONTRACTORS
OPERATIONS LP
P.O. BOX 60547
MIDLAND, TX 79711

ORKIN VICTORIA TX
808 E NUECES ST
VICTORIA, TX 77901

OSO PROMOTIONS
40 CYPRESS CREEK PKWY #348
HOUSTON, TX 77090

OVERBECK PROPERTIES
P.O. BOX 5874
MIDLAND, TX 79704

P & J ELECTRIC INC
P.O. BOX 981
SAN DIEGO, TX 78384

PADRE TUBULAR, INC.
P.O. BOX 189
CORPUS CHRISTI, TX 78403

PAGE WATER WELL DRILLING
1716 S. HIGHWAY 281
P.O. BOX 3588
ALICE, TX 78333

PAISANO SERVICE &
SUPPLY INC
P.O. BOX 112
CUERO, TX 77954

PALMER OF TEXAS TANKS
P.O. BOX 890800
CHARLOTTE, NC 28289-0800

PATRIOT OILFIELD
SERVICES
101 W. GOODWIN AVE., # 300
VICTORIA, TX 77901

PATTERSON WELDING
WORKS INC
2401 N PARKLAND AVE
ARTESIA, NM 88210

PAYZONE FIELD SERVICES
P.O. BOX 4755
MIDLAND, TX 79704

PEREZ PEST CONTROL
129 CO. RD. 472
ALICE, TX 78332

PERKROC INC
P.O. BOX 157
DBA STEVENSONROACH
ARTESIA, NM 88211-0157

PERMIAN SEPARATORS LLC
1890 HWY 137
STANTON, TX 79782

PERMITS WEST INC
37 VERANO LP
SANTA FE, NM 87508

PETES TIRE SERVICE
220 N 7TH & BUS HWY 77
RAYMONDVILLE, TX 78580

PINNACLE PROPANE LLC
1612 GARDEN CITY HWY
MIDLAND, TX 79701

PINNACLE PROPANE LLC
P.O. BOX 143159
IRVING, TX 75014

PINNERGY LTD
111 CONGRESS AVE
STE 2020
AUSTIN, TX 78701

PIPE PROS
P.O. BOX 9787
CORPUS CHRISTI, TX 78469

PIRACLE
6415 SOUTH 3000 EAST
SUITE 150
SALT LAKE CITY, UT 84121

PITNEY BOWES GLOBAL
FINANCIAL
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

PJP4 FLUID MANAGEMENT
3805 PLANTATION GROVE
BLVD, #19
MISSION, TX 78572

POLLARD PETROLEUM
CONSULTING
2643 CREEKS EDGE PKWY.
AUSTIN, TX 78733

POSTNET
601 TRENTON RD STE D
MCALLEN, TX 787572

PRAXAIR DISTRIBUTION, INC.
P.O. BOX 120812
DEPT. 0812
DALLAS, TX 75312-0812

PREMIER CIVIL
ENGINEERING LLC
1302 CALLE DEL NORTE #2
LAREDO, TX 78041

PREMIERE GLOBAL
SERVICES
P.O. BOX 404351
ATLANTA, GA 30384-4351

PREMIUM VACUUM SERVICES
1403 S MEADOW
LAREDO, TX 78043

PRESSURE SERVICES LLC
P.O. BOX 732148
DALLAS, TX 75373-2148

PRISM SOFTWARE CORPORATION
15500-C ROCKFIELD BLVD.
IRVINE, CA 92618

PRO FIELD SERVICES INC
P.O. BOX 525
HALLETSVILLE, TX 77964

PROFESSIONAL SAFETY
ASSOCIATES
2209 NORTH PADRE ISLAND
DR, STE A
CORPUS CHRISTI, TX 78408

PROGRESSIVE WASTE
SOLUTIONS OF
P.O. BOX 650308
DALLAS, TX 75265-0308

PUEBLO TIRES & SERVICES
1919 W BUSINESS 83
MCALLEN, TX 78501

PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

QUICKPRINT CORP
615 LEOPARD, SUITE 109
CORPUS CHRISTI, TX 78401

QUIK VAC TRUCK SERVICE
1315 FM 2294
SANTA ELENA, TX 78591

R CONSTRUCTION CO.
P.O. BOX 189
BUFFALO, TX 75831

R H TRUCKING
3018 S CO RD 1200
MIDLAND, TX 79706

R360 PERMIAN BASIN
REGION
P.O. BOX 671766
DALLAS, TX 75267-1766

RAMOS TRUCKING INC
3108 S COUNTY RD 1200
MIDLAND, TX 79706

REALTIME ZONE INC
P.O. BOX 40
CEDAR CREST, NM 87008

RED EYE SAFETY
107 E 7TH ST
SHINER, TX 77984

REFINERY SPECIALTIES INC
P.O. BOX 577
HEMPSTEAD, TX 77445-0577

RELIANT
P.O. BOX 120954
DALLAS, TX 75312-0954

REMEDIATION &
ENVIRONMENTAL XP
P.O. BOX 991
LLANO, TX 78643-0991

REPUBLIC SERVICES #847
P.O. BOX 78829
PHOENIX, AZ 85062-8829

RGB LLC
P.O. BOX 5164
CARLSBAD, NM 88221-5164

RICARDO D GUEVARA
2503 SANTA CLARA
MISSION, TX 78572

RIGDATA
P.O. BOX 820547
FORT WORTH, TX 76182-0547

RK PUMP & SUPPLY
811 CENTRAL DR
ODESSA, TX 79761

ROCKIN M SERVICES
P.O. BOX 459
FORT STOCKTON, TX 79735

RODNEY DOOLY
1699 NURSERY RD
DUBBERLY, LA 71024

ROGERS FORD
4200 W WALL
MIDLAND, TX 79703

ROTEX TRUCK CENTER INC
11802 SARA RD
LAREDO, TX 78045

ROYAL T ENERGY LLC
P.O. BOX 24010
HOUSTON, TX 77229

RWLS LLC DBA RENEGADE
SERVICES
P.O. BOX 862
LEVELLAND, TX 79336

SABINE STORAGE &
OPERATIONS IN
5718 WESTHEIMER #1251
HOUSTON, TX 77057-5704

SAFETY INTERNATIONAL
P.O. BOX 201791
DALLAS, TX 75320-1791

SAN DIEGO AUTO SUPPLY
812 E. GRAVIS
SAN DIEGO, TX 78384

SAPPHIRE OILFIELD
SERVICES
P.O. BOX 1464
MONAHANS, TX 79756

SARAVEUG OILFIELD
SERVICES LLC
4102 MCPHERSON RD
LAREDO, TX 78045

SB FACTORING FOR
ESPINOSA SERVICES
P.O. BOX 3130
ALICE, TX 78333

SB FACTORING, ASSIGNEE FOR
MONTEZ
MONTEZ ELECTRIC, INC
P.O. BOX 3130
ALICE, TX 78333

SCOTT BEARING LP
P.O. BOX 2088
ALICE, TX 78332

SELECT ENERGY SERVICES
P.O. BOX 203997
DALLAS, TX 75320-3997

SELECT TECHNOLOGIES
P.O. BOX 60634
WADECO SPECIALTIES INC
MIDLAND, TX 79711

SERGIO GUEVARA
2113 DELMAR ST
ZAPATA, TX 78076

SG HAULING & CONST
P.O. BOX 1080
RAYMONDVILLE, TX 78580

SHANNA'S OILFIELD
SERVICE INC
P.O. BOX 596
FORSAN, TX 79733

SIBONEY ENERGY SERV
1450 CENTREPARK BLVD.
SUITE 100
WEST PALM BEACH, FL 33401

SIERRA SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579

SIMPSON THACHER &
BARTLETT LLP
909 FANNIN ST
2 HOUSTON CTR STE 1475
HOUSTON, TX 77010

SKID-O-KAN
P.O. BOX 1126
CORPUS CHRISTI, TX 78403

SLICK OPERATING
SERVICES
P.O. BOX 3231
ZAPATA, TX 78076

SNYDER SEPTIC & EXCAVATION
11914 SUNNYSIDE DR.
BAYTOWN, TX 77523

SOC INDUSTRIES LLC
2324 FM 715
MIDLAND, TX 79706

SOLUTION MINING RESEARCH
INSTITUTE, INC
P O BOX 7068
BEAUMONT, TX 77726-7068

SOUTHEAST TEXAS WATER
COND, INC.
P O BOX 7068
BEAUMONT, TX 77726-7068

SOUTHERN SPECIALTIES
TRANSP
P.O. BOX 3307
LAFAYETTE, LA 70502

SOUTHERN SPECIALTIES
TRANSPORT LLC
C/O MIDSOUTH BANK, N.A.
102 VERSAILES
LAFAYETTE, LA 70501

SOUTHWESTERN WIRELESS
P.O. BOX 2528
ROSWELL, NM 88202

SPANISH OAKS GOLF CLUB
13001 SPANISH OAKS CLUB
BEE CAVE, TX 78738

SPARKLETTS & SIERRA
SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579

SPRING BRANCH WATER
WELL SERVICES
P.O. BOX 1751
FORT STOCKTON, TX 79735

STANDARD ENERGY SERV
P.O. BOX 203786
DALLAS, TX 75320-3786

STANDARD OILFIELD
SUPPLY INC
132591 LOVINGTON HWY
P.O. BOX 6
LOCO HILLS, NM 88255

STAPLES
P.O. BOX 414524
BOSTON, MA 02241-4524

STAR ELECTRIC CO OF TEXAS
P.O. BOX 4577
ODESSA, TX 79760

STARR VAC LLC
P.O. BOX 52970
MIDLAND, TX 79710

STELLAR OILFIELD
P.O. BOX 22328
HOUSTON, TX 77227

STEVE KENT TRUCKING PERMIAN BASIN LLC
P.O. BOX 1028
JOAQUIN, TX 75954

STEVE KENT TRUCKING NM
P.O. BOX 1890
HOBBS, NM 88241

STRAIGHT LINE CONSTRUCTION
P.O. BOX 342
FREER, TX 78357

SUBSURFACE LIBRARY
P.O. BOX 2538
MIDLAND, TX 79702

SUN COAST RESOURCES, INC.
P.O. BOX 202603
DALLAS, TX 75320

SUNBELT RENTALS, INC
P.O. BOX 409211
ATLANTA, GA 30384-9211

SUNBELT RENTALS OIL & GAS SERV
P.O. BOX 1206
BROOKSHIRE, TX 77423

SUNDANCE SERVICES INC
P.O. BOX 1737
EUNICE, NM 88231

SUNDANCE SERVICES INC
21358 CO RD 1136
MATHIS, TX 78368

SUPPLY STORE INC
132445 LOVINGTON HWY
P.O. BOX 4
LOCO HILLS, NM 88255

SUPREME VACUUM SERVICES LLC
P.O. BOX 189
KARNES CITY, TX 78118

SURECAN OILFIELD RENTAL LLC
126 RAMIREZ RD
ZAPATA, TX 78076

T&O ENTERPRISES LLC
2809 JESSICA LN
EDINBURG, TX 78541

TAMI CARLISLE
124 MEADOWWOOD LN
DALE, TX 78616

TASCOSA OFFICE MACHINES
321 N MAIN ST
ROSWELL, NM 88201-4724

TELETRAC INC
32472 COLLECTION CENTER
CHICAGO, IL 60693-0324

TERVITA SDS
P.O. BOX 840730
DALLAS, TX 75284-0730

TEXAS ENERGY SERVICES, LP
P.O. BOX 2108
ALICE, TX 78333

TEXAS REEXCAVATION
P.O. BOX 925067
HOUSTON, TX 77292

THE NASH BOOKS
P.O. BOX 12591
ODESSA, TX 79768

TIME WARNER CABLE
P.O. BOX 60074
CITY OF INDUSTRY, CA 91716

TNT BACKHOE SERVICE
P.O. BOX 133
ARTESIA, NM 88211-0133

TOMMY WHITE SUPPLY INC
P.O. BOX 1709
MIDLAND, TX 797052

TONNE AIR CONDITIONING & HEATING, LTD.
718 CANTWELL LANE
CORPUS CHRISTI, TX 78408

TOPOGRAPHIC LAND SURVEYORS
2903 N BIG SPRING
MIDLAND, TX 79705

TOWN AND COUNTRY ADVERTISING
P.O. BOX 5104
SCOTTSDALE, AZ 85261

TRANBARGER & COMPANY, LLP
802 N CARANCAHUA #1660
CORPUS CHRISTI, TX 78470

TRANS PECOS ELECTRIC
P.O. BOX 1709
MIDLAND, TX 797052

TRANS PECOS ELECTRIC
P.O. BOX 872
ODESSA, TX 79760

TRI R SERVICES INC
3811 TUMBLEWEED TRAIL
MIDLAND, TX 79707

TRIPLE J HIGH PRESSURE
P.O. BOX 879
ZAPATA, TX 78076

TRIPLE L VACUUM
SERVICES LLC
P.O. BOX 212
ELSA, TX 78543

TRIPLE TS LININGS LLC
P.O. BOX 477
CARLSBAD, NM 88221

TURBINESINC ODESSA LLC
960 S MEADOW AVE
ODESSA, TX 79761-5816

TWIN CITIES
TECHNOLOGIES
P.O. BOX 301392
DALLAS, TX 75303-1392

TXTAG
P.O. BOX 650749
DALLAS, TX 75265-0749

U.S. TRUSTEE - SAN ANTONIO
NANCY RATCHFORD, ASSIST.
U.S. TRUSTEE
P.O. BOX 1539
SAN ANTONIO, TX 78295

ULINE INC
ATTN ACCTS RECEIVABLE
P.O. BOX 88741
CHICAGO, IL 60680-1741

UNIFIRST HOLDINGS INC 813
P.O. DRAWER 2867
CORPUS CHRISTI, TX 78403

UNIFIRST HOLDINGS INC 823
P.O. DRAWER 2867
CORPUS CHRISTI, TX 78403

UNIFIRST HOLDINGS INC 821
P.O. DRAWER 2867
CORPUS CHRISTI, TX 78403

UNIFIRST HOLDINGS INC 816
P.O. DRAWER 2867
CORPUS CHRISTI, TX 78403

UNITED VISION LOGISTICS
P.O. BOX 975357
DALLAS, TX 75397-5357

UNITED WELDING SUPPLY
P.O. BOX 1770
EDINBURG, TX 78540-1770

UPS FREIGHT
P.O. BOX 730900
DALLAS, TX 75373-0900

UTILITY TRAILER SALES
P.O. BOX 21402
HOUSTON, TX 77226

VALDEMAR CANTU JR
307 SAN BERNANDINO
ALAMO, TX 78516

VALERO MARKETING & SUPPLY
P.O. BOX 300
AMARILLO, TX 79105-0300

VALLEY FILTER SERVICES
806 DURANGO ST
MISSION, TX 78572

VALLEY TELEPHONE
COOPERATIVE
P.O. BOX 959
RAYMONDVILLE, TX 78580-0959

VANCE TARTER & COUNTY
CROSS CHECK ,INC
VANCE TARTER CUSTOM
SERVICES
P.O. DRAWER CC
ANAHUAC, TX 77514

VAQUERO VACUUM
SERVICES LLC
351 VAQUERO RD
RIO GRANDE CITY, TX 78582

VERGER CAPITAL FUND
C/O GUGGENHEIM
PARTNERS INVEST MGMT
ATTN: MIKE BEMAN
1301 MCKINNEY, SUITE 3105
HOUSTON, TX 77010

VERIZON SOUTHWEST
P.O. BOX 920041
DALLAS, TX 75392-0041

VOYAGER ENERGY
SERVICES LLC
P.O. BOX 51992
AMARILLO, TX 79159

W&W ENERGY SERVICES
8820 NW LP 338
ODESSA, TX 79764

WARHORSE VACUUM
SERVICES LLC
P.O. BOX 1028
JOAQUIN, TX 75954

WARREN POWER &
MACHINERY
% TODD BARRON
THOMASON, ET AL
3800 E 42ND ST, STE 409
ODESSA, TX 79762-5982

WARRIOR SUPPLY INC
P.O. BOX 4989
VICTORIA, TX 77903

WASTE MANAGEMENT
P.O. BOX 660345
DALLAS, TX 75266-0345

WAUKESHA-PEARCE
INDUSTRIES, INC.
P.O. BOX 204116
DALLAS, TX 75320-4116

WAYNE ENTERPRISES INC
14300 HOLLISTER ST. #100
HOUSTON, TX 77066

WEX BANK
P.O. BOX 6293
CAROL STREAM, IL 60197

WHITE TRASH TRAILERS
P.O. BOX 705
ARTESIA, NM 88211

WHITE HOUSE MEATS
7270 STATE HWY 191
SUITE 210
ODESSA, TX 79765

WHITE CASTLE ROSE,LLC
P.O. BOX 355
DEVINE, TX 78016

WILLIAMS TRUCK
& EQUIPMENT REP
12300 ALTERNATE 90
SEGUIN, TX 78155

WILLIAMS SCOTSMAN INC
P.O. BOX 91975
CHICAGO, IL 60693-1975

WLP OILFIELD SERVICES LP
P.O. BOX 1270
MIDLAND, TX 79702

WM SHIRLEY
13121 LOUETTA RD
STE 1055
CYPRESS, TX 77429-5155

WRH FISHING & RENTAL
P.O. BOX 6150
ROSWELL, NM 88202-6150

XOOM ENERGY TEXAS
P.O. BOX 650411
ACCTS RECEIVABLE
DALLAS, TX 75265-0411

XPERT SAFETY LLC
P.O. BOX 6408
ABILENE, TX 79608

XYLEM DEWATERING
SOLUTIONS
P.O. BOX 935152
ATLANTA, GA 31193-2841

ZEE MEDICAL SERVICE CO INC
P.O. BOX 204683
DALLAS, TX 75320