UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CCNG ENERGY PARTNERS, LP, | § | Case No. 15-70136 |
| CCNG ENERGY PARTNERS GP, LLC, | § | Case No. 15-70141 |
| MOSS BLUFF PROPERTY, LLC, | § | Case No. 15-70137 |
| TRINITY ENVIRONMENTAL | § | |
| CATARINA SWD, LLC, | § | Case No. 15-70138 |
| TRINITY ENVIRONMENTAL | § | |
| SERVICES, LLC, | § | Case No. 15-70139 |
| TRINITY ENVIRONMENTAL SWD, LLC, | § | Case No. 15-70135 |
| and TRINITY ENVIRONMENTAL | § | |
| TITAN TRUCKING, LLC, | § | Case No. 15-70140 |
| | § | |
| Debtors | § | Joint Administration Requested |

## NOTICE OF EMERGENCY HEARING ON CERTAIN "FIRST DAY" MATTERS

**PLEASE TAKE NOTICE** that the Court has scheduled an Emergency Hearing on certain "First Day" matters as listed below set on **Friday, October 16, 2015 at 10:00 a.m.** at the United States Bankruptcy Court, 615 East Houston Street, Room 597, San Antonio, Texas 78205, before the Honorable Ronald B. King, United States Bankruptcy Judge:

- Motion for Joint Administration of Cases [Doc. 2].

- Notice of Designation as Complex Chapter 11 Bankruptcy Case [Doc. 3].

- Debtors' Motion to Extend Time to File Schedules and Statements of Financial Affairs [Doc. 4].

- Emergency Motion of Debtor for Interim and Final Orders Pursuant to Sections 105(a) and 366 of the Bankruptcy Code to (I) Approve Debtor's Proposed Form of Adequate Assurance and (II) Prohibit Utilities from Altering, Refusing or Discontinuing Service [Doc. 7].

- Debtors' Emergency Motion for Use of Cash Collateral pursuant to Bankruptcy Code §363(c) and Federal Bankruptcy Rule 4001(b) and Local Bankruptcy Rule 4001(b) [Doc. 8].

**Parties may appear for this hearing in person at the San Antonio courtroom, or may appear telephonically. Any parties wishing to attend telephonically should contact Jana Brisiel, Judge King's courtroom deputy, at Jana_Brisiel@txwb.uscourts.gov to request permission to do so, and then contact CourtCall at (866) 582-6878 to schedule your appearance as soon as possible.**

Respectfully submitted,

TAUBE SUMMERS HARRISON
TAYLOR MEINZER BROWN LLP

By: */s/ Christopher G. Bradley*
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 19713225
    Cleveland R. Burke
    State Bar No. 24064975
    Christopher G. Bradley
    State Bar No. 24069407
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Telephone: 512/472-5997
Facsimile: 512/472-5248
etaube@taubesummers.com
mtaylor@taubesummers.com
cburke@taubesummers.com
cbradley@taubesummers.com

**PROPOSED ATTORNEYS FOR
DEBTORS AND DEBTORS IN POSSESSION**

**CERTIFICATE OF SERVICE**

The foregoing was served on all persons on the attached list via first class mail on October 14, 2015.

*/s/ Christopher G. Bradley*
Christopher G. Bradley