**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CCNG ENERGY PARTNERS, L.P.** | § | **Case No. 15-70136** |
| **CCNG ENERGY PARTNERS GP, L.L.C.** | § | **Case No. 15-70141** |
| **MOSS BLUFF PROPERTY, L.L.C.** | § | **Case No. 15-70137** |
| **TRINITY ENVIORNMENTAL** | § | |
| **CATARINA SWD, L.L.C.** | § | **Case No. 15-70138** |
| **TRINITY ENVIRONMENTAL** | § | |
| **SERVICES, L.LC.** | § | **Case No. 15-70139** |
| **TRINITY ENVIRONMENTAL SWD, L.L.C.** | § | **Case No. 15-70135** |
| **TRINITY ENVIRONMENTAL** | § | |
| **TITAN TRUCKING, L.L.C.** | § | **Case No. 15-70140** |
| | § | |
| **Debtors** | § | **Joint Administration Requested** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Guggenheim Corporate Funding, LLC ("Guggenheim"), pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

Charles A. Beckham, Jr.
Karl D. Burrer
Arsalan Muhammad
HAYNES AND BOONE LLP
1221 McKinney, Suite 2100
Houston TX 77010
Telephone No.: (713) 547-2000
Facsimile No.: (713) 547-2600
Email: Charles.beckham@haynesboone.com
Email: karl.burrer@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code (the "Bankruptcy Code"), but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that: (1) affects or seeks to affect in any way the rights or interests of Guggenheim or any other party-in-interest in this case, including (a) property of the estate of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), or proceeds thereof, (b) claims against, or interests in, the Debtors, (c) other rights or interests of creditors in the Debtors or other parties-in-interest in these cases or (d) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Guggenheim or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Guggenheim to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: October 14, 2015          **HAYNES AND BOONE, LLP**

By: */s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.
Texas Bar No. 02016600
Karl D. Burrer
Texas Bar No. 24043584
Arsalan Muhammad
Texas Bar No. 24074771
1221 McKinney Street, Suite 2100
Houston, TX 77010
Telephone No.: (713) 547-2000
Facsimile No.: (713) 547-2600
Email: charles.beckham@haynesboone.com
Email: karl.burrer@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

**COUNSEL FOR GUGGENHEIM CORPORATE FUNDING, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on October 14, 2015.

                              */s/ Karl D. Burrer*
                              Karl D. Burrer