UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **CCNG ENERGY PARTNERS, L.P.,** | § | Case No.  15-70136 |
| **CCNG ENERGY PARTNERS GP, L.L.C.,** | § | Case No.  15-70141 |
| **MOSS BLUFF PROPERTY, L.L.C.,** | § | Case No.  15-70137 |
| **TRINITY ENVIORNMENTAL** | § | |
| **CATARINA SWD, L.L.C.,** | § | Case No.  15-70138 |
| **TRINITY ENVIRONMENTAL SERVICES, L.LC.,** | § | Case No.  15-70139 |
| **TRINITY ENVIRONMENTAL SWD, L.L.C.,** | § | Case No.  15-70135 |
| **AND TRINITY ENVIRONMENTAL** | § | |
| **TITAN TRUCKING, L.L.C.** | § | Case No.  15-70140 |
| | § | |
| **Debtors.** | § | Joint Administration Requested |

## NOTICE OF FILING PROPOSED ORDER

**PLEASE TAKE NOTICE** that, Guggenheim Corporate Funding, LLC, as Administrative Agent ("*Guggenheim*"), hereby files the Proposed Order (the "*Proposed Order*") to the Emergency Motion to Dismiss the Operating Subsidiaries' Bankruptcy Cases for Lack of Corporate Authority (Doc. No. 11), attached hereto as Exhibit A.

- 1 -

- 2 -

DATED: October 15, 2015    **HAYNES AND BOONE, LLP**

By: */s/* Charles A. Beckham, Jr.
Charles A. Beckham, Jr.
State Bar No. 02016600
Karl Burrer
Texas Bar No. 24043584
Arsalan Muhammad
State Bar No. 24074771
1221 McKinney Street, Suite 2100
Houston, TX 77010
Telephone No.: (713) 547-2000
Facsimile No.: (713) 547-2600
Email: charles.beckham@haynesboone.com
Email: karl.burrer@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

      **COUNSEL FOR GUGGENHEIM CORPORATE FUNDING, LLC**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on October 15, 2015.

> */s/ Karl Burrer*
> Karl Burrer